FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 NOV 12 AM 9:34

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KATHY DOWNS | CIVIL ACTION |
| VERSUS | NO: 08-5131-AJM-SS |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection to the Magistrate Judge's Report and Recommendation filed by the plaintiff on November 5, 2009, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the cross-motion of Michael J. Astrue, Commissioner of Social Security Administration, for summary judgment (Rec. doc. 22) is granted and the motion of the plaintiff, Kathy Downs, for summary judgment (Rec. doc. 21) is denied.

New Orleans, Louisiana, this 12 day of Nov, 2009.

UNITED STATES DISTRICT JUDGE